IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

FRANK DAVID NOYES JORDAN,

            Plaintiff,

v.

LANSER, M. MEYER AND GARDEBRECHT,

            Defendants.

ORDER

20-cv-725-bbc

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      Pro se plaintiff Frank Jordan, who resides in Green Bay, Wisconsin, is proceeding on claims that correctional officer defendants Lanser, M. Meyer and Gardebrecht subjected plaintiff to unconstitutional conditions of confinement during his previous incarceration at the Brown County jail, in violation of the due process clause of the Fourteenth Amendment. Before the court is defendants' motion to transfer venue to the Eastern District of Wisconsin on the ground that all of the parties reside in the Eastern District and plaintiff's allegations concern events that took place in the Eastern District. Dkt. #20. Plaintiff did not respond to defendants' motion, so I will assume that he has no opposition to it.

      It is clear from the defendants' submissions that transfer is convenient to the parties and witnesses in this case and is in the interests of justice. 28 U.S.C. § 1404(a) ("For the convenience of parties and witnesses, in the interest of justice, a district court may transfer any civil action to any other district or division where it might have been brought or to any district or division to which all parties have consented."). Further, venue is proper where defendants reside or where the events giving rise to the claim took place, both of which are

1

the Eastern District of Wisconsin in this case. 28 U.S.C. § 1391(b). Accordingly, I will grant defendants' motion and transfer this case to the Eastern District of Wisconsin.

ORDER

IT IS ORDERED that the motion filed by defendants to transfer this case to the Eastern District of Wisconsin, dkt. #20, is GRANTED. This case is TRANSFERRED to the United States District Court for the Eastern District of Wisconsin.

Entered this 21st day of January, 2021.

BY THE COURT:

/s/
_____
BARBARA B. CRABB
District Judge